IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED DEC 7 - 2001

Judge Robert W. Gettleman
United States District Court

| | | |
|---|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 01 C 8876 |
| v. | ) ) ) | |
| JOHN PREPOLEC, | ) ) | Hon. Robert W. Gettleman Courtroom 1703 |
| Defendant. | ) | |

DOCKETED DEC 1 3 2001

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, the 12th day of December, 2001, at the hour of 9:15 a.m., we shall appear before the Hon. Robert W. Gettleman, of the United States District Court for the Northern District of Illinois, or any Judge sitting in his place and stead, in courtroom 1703, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant's Motion For The Entry of an Agreed Order Extending The Time In Which The Defendant Has to Answer or Otherwise Plead to the Complaint, a copy of which is attached hereto and hereby served upon you.

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
MARK A. CARTER, ESQ. (ARDC #06199602)
ADELMAN, GETTLEMAN, MERENS,
  BERISH & CARTER, LTD.
53 W. Jackson Blvd., Suite 1050
Chicago, IL 60604
312/435-1050

Counsel For the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Motion and the documents referred to therein were served via facsimile upon the parties listed on the attached Service List this 7th day of December, 2001.

_____
Mark A. Carter, Esq.

## SERVICE LIST

E. KING POOR, ESQ.
DAVID A. AGAY, ESQ.
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
312/558-5700 - Via Facsimile

## MEMORY TRANSMISSION REPORT

```
PAGE        : 001
TIME        : DEC-07-2001  01:53PM
TEL NUMBER1 : 312 435 1059
NAME        : AGMB&C, LTD.
```

| | |
|---|---|
| FILE NUMBER | : 147 |
| DATE | : DEC-07 01:51PM |
| TO | : ☎5585700 |
| DOCUMENT PAGES | : 007 |
| START TIME | : DEC-07 01:51PM |
| END TIME | : DEC-07 01:53PM |
| SENT PAGES | : 007 |
| STATUS | : OK |
| FILE NUMBER | : 147 |

*** SUCCESSFUL TX NOTICE ***

ADELMAN, GETTLEMAN, MERENS,
BERISH & CARTER, LTD.
53 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60604
Tel: (312) 435-1050
Fax No. (312) 435-1059

# fax transmittal

| | |
|---|---|
| to: | E. King Poor, Esq. / David A. Agay, Esq. |
| fax: | 312/558-5700 |
| from: | Mark A. Carter, Esq. |
| date: | December 7, 2001 |
| re: | CIT v Prepolic |
| pages: | 7, including cover page |

NOTES: Please see attached.

CONFIDENTIAL NOTE

The document(s) included with this facsimile sheet contain(s) information from the law firm of Adelman, Gettleman, Merens, Berish & Carter, Ltd. which is confidential and/or privileged. This information is intended only for the use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

IN CASE OF ANY TRANSMISSION PROBLEM, PLEASE CALL CINDY (312) 435-1050

46346.1  12/7/01

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 7 - 2001

Judge Robert W. Gettleman
United States District Court

| | | |
|---|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 01 C 8876 |
| v. | ) ) ) | |
| JOHN PREPOLEC, | ) ) | Hon. Robert W. Gettleman |
| Defendant. | ) | |

DOCKETED
DEC 1 3 2001

## MOTION FOR THE ENTRY OF AN AGREED ORDER EXTENDING THE TIME IN WHICH THE DEFENDANT MAY ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

NOW COMES, John Prepolec, named defendant herein ("Defendant"), by and through his attorneys, Adelman, Gettleman, Merens, Berish & Carter, Ltd., and for his motion for the entry of an agreed order extending the time in which the defendant has to answer or otherwise plead to the complaint, respectfully states as follows:

1. On or about November 16, 2001, Plaintiff commenced the above-captioned lawsuit against Defendant, and a summons regarding same was issued.

2. Pursuant to the summons and complaint, Defendant was to answer or otherwise plead to the complaint on or before December 10, 2001.

3. Counsel to Defendant was recently retained by Defendant and has filed an appearance on December 7, 2001, and since that time has endeavored to review the complaint and the alleged guaranty attached thereto.

46542.1 12/6/01

4. In light of these circumstances, Defendant requests that Defendant be granted time to file an answer or other responsive pleading, including but not limited to any motion based upon a defense of lack of jurisdiction over the person, improper venue, insufficiency of process or insufficiency of service of process, to the complaint in this case.

5. Plaintiff has agreed that Defendant may file an answer or other responsive pleading as requested herein on or before January 4, 2002.

6. Defendant has been diligent and no party in interest will be prejudiced by the extension sought herein.

WHEREFORE, John Prepolec, named defendant herein, prays that this Court enter an Order, in the form attached hereto, extending the time in which Defendant may answer or otherwise plead to the complaint in this case, and for such further relief as is just and equitable in the premises.

JOHN PREPOLEC

By: /s/ Mark A. Carter

One of His Attorneys

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
MARK A. CARTER, ESQ. (ARDC #06199602)
ADELMAN, GETTLEMAN, MERENS,
  BERISH & CARTER, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050

46542.1 12/6/01

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 01 C 8876 |
| v. | ) ) ) | |
| JOHN PREPOLEC, | ) ) | Hon. Robert W. Gettleman |
| Defendant. | ) | |

### AGREED ORDER EXTENDING THE TIME IN WHICH THE DEFENDANT MAY FILE AN ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT

THIS MATTER COMING BEFORE THE COURT on the Motion for the Entry of An Agreed Order Extending the Time in Which the Defendant May Answer or Otherwise Plead to the Complaint (the "Motion"); due and sufficient notice having been given to all parties entitled thereto; and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion be and is hereby granted;

2. John Prepolec, named defendant herein, is hereby granted until January 4, 2002, to file an answer or any other responsive pleading, including but not limited to any motion based upon a defense of lack of jurisdiction over the person, improper venue, insufficiency of process or insufficiency of service of process, to the complaint filed in this case.

Dated:_____        ENTER:

_____
JUDGE

STIPULATED AND AGREED TO THIS 7th DAY OF DECEMBER, 2001:

| JOHN PREPOLEC | CIT GROUP/BUSINESS CREDIT, INC. |
|---|---|
| By: *Mark A Carter* | By: *[signature]* |
| One of His Attorneys | One of Its Attorneys |

CHAD H. GETTLEMAN, ESQ. ARDC #944858
MARK A. CARTER, ESQ. ARDC #06199602
ADELMAN, GETTLEMAN, MERENS,
 BERISH & CARTER, LTD.
53 W. Jackson Blvd. #1050
Chicago, IL 60604
Tel: 312/435-1050

COUNSEL FOR DEFENDANT

E. KING POOR, ESQ. ARDC #3128425
DAVID A. AGAY, ESQ. ARDC #6244314
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601
Tel: 312/558-5600

COUNSEL FOR PLAINTIFF

46542.1 12/6/01